Present—Scudder, P.J., Centra, Fahey, Carni and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JUAN CANDELARIA, Appellant, v ROBERT A. KIRKPATRICK, Superintendent, Wende Correctional Facility, Respondent. [890 NYS2d 366]—

Present—Scudder, P.J., Centra, Fahey, Carni and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KEVIN GAMBLE, Appellant, v DEPARTMENT OF CORRECTIONAL SERVICES, Respondent. [890 NYS2d 833]—

Present—Scudder, P.J., Centra, Fahey, Carni and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN JACOBS, Appellant. [890 NYS2d 365]—

Present—Scudder, P.J., Centra, Fahey, Carni and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GARNETT R. LEACOCK, Appellant, v DEPARTMENT OF CORRECTIONAL SERVICES, Respondent. [890 NYS2d 366]—

Present—Scudder, P.J., Centra, Fahey, Carni and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GARNETT R. LEACOCK, Appellant, v DEPARTMENT OF CORRECTIONAL SERVICES, Respondent. [890 NYS2d 366]—

Present—Scudder, P.J., Centra, Fahey, Carni and Pine, JJ.

